IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

JEFFREY P. COLWELL
CLERK OF COURT

Room A-105, Alfred A. Arraj U.S. Courthouse
901 19th Street
Denver, Colorado 80294-3589
Phone (303) 844-3433
www.cod.uscourts.gov

September 21, 2012

United States District Court
Eastern District of Tennessee, Greeneville Division
James H. Quillen United States Courthouse
Debra C. Poplin, Clerk of Court
220 West Depot Street, Suite 200
Greeneville, Tennessee 37743

Colorado Case Number: 12-mj-01121-BNB
Receiving Court Case Number: 2:12-cr-88
APRIL NICOLE BELL -1
PATRICK MULLANE MAXFIELD -2

Dear Clerk:

The above numbered case has been ordered transferred to your district pursuant to order of court.

You may access electronically filed documents in this case at our ECF/PACER web address http://ecf.cod.uscourts.gov. Any documents not available electronically are enclosed in paper format. ~~(Appearance bond also included)~~

Please acknowledge receipt by returning a date stamped copy of this letter noting the case number in your court in the enclosed envelope.

Very truly yours,
Jeffrey P. Colwell, Clerk

By: s/Julie L. Dynes
    Deputy Clerk

TERMED

# U.S. District Court
# District of Colorado (Denver)
# CRIMINAL DOCKET FOR CASE #: 1:12-mj-01121-BNB All Defendants
# Internal Use Only

Case title: USA v. Bell et al  
Other court case number: 2:12-cr-88 U.S. District Court, Eastern District of Tennessee

Date Filed: 09/17/2012  
Date Terminated: 09/21/2012

Assigned to: Magistrate Judge Boyd N. Boland

### Defendant (1)

**April Nicole Bell**  
*TERMINATED: 09/21/2012*

represented by **Edward Robin Harris**  
Office of the Federal Public Defender  
633 Seventeenth Street  
#1000  
Denver, CO 80202  
303-294-7002  
Fax: 303-294-1192  
Email: Edward_Harris@fd.org  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*  
*Designation: Public Defender or Community Defender Appointment*

**Pending Counts**

None

**Disposition**

**Highest Offense Level (Opening)**

None

**Terminated Counts**

None

**Disposition**

**Highest Offense Level (Terminated)**

None

**Complaints**

18:2251.F SEXUAL EXPLOITATION OF CHILDREN, 18:2251.F SEXUAL

**Disposition**

EXPLOITATION OF CHILDREN ,
18:2252.F CONSPIRACY TO
TRANSPORT, DISTRIBUTE AND
RECEIVE CHILD PORNOGRAPHY, ,
18:2252.F KNOWINGLY
TRANSPORTED AND
DISTRIBUTED CHILD
PORNOGRAPHY

Assigned to: Magistrate Judge Boyd N. Boland

### Defendant (2)

**Patrick Mullane Maxfield**
*TERMINATED: 09/21/2012*

represented by **Harvey Abe Steinberg**
Springer & Steinberg, P.C.
1600 Broadway
#1200
Denver, CO 80202-4920
303-861-2800
Fax: 303-832-7116
Email: law@springersteinberg.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**Michael K. Pellow**
Alonzi Pellow Beggan, LLC
1435 Stuart Street
Denver, CO 80204
303-831-7609
Fax: 303-845-5770
*ATTORNEY TO BE NOTICED*

### Pending Counts

None

### Highest Offense Level (Opening)

None

### Terminated Counts

None

### Highest Offense Level (Terminated)

None

### Disposition

### Disposition

**Complaints**

18:2251.F SEXUAL EXPLOITATION
OF CHILDREN,18:2252.F
CONSPIRACY TO TRANSPORT,
DISTRIBUTE AND RECEIVE CHILD
PORNOGRAPHY, , 18:2252.F
KNOWINGLY RECEIVED CHILD
PORNOGRAPHY USING A MEANS
OR FACILITY OF INTERSTATE
COMMERCE

**Disposition**

**Plaintiff**

USA    represented by **Alecia Riewerts Wolak**
U.S. Attorney's Office-Denver
1225 17th Street East
Suite 700
Denver, CO 80202
303-454-0100
Email:
Alecia.Riewerts.Wolak@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Matthew T. Kirsch**
U.S. Attorney's Office-Denver
1225 17th Street East
Suite 700
Denver, CO 80202
303-454-0100
Fax: 303-454-0402
Email: matthew.kirsch@usdoj.gov
*TERMINATED: 09/20/2012*

| Date Filed | # | Docket Text |
|---|---|---|
| 09/21/2012 | 21 | MAGISTRATE CASE TERMINATED as to April Nicole Bell, Patrick Mullane Maxfield by Magistrate Judge Boyd N. Boland on 9/21/12. Text Only Entry (bnbcd, ) (Entered: 09/21/2012) |
| 09/21/2012 | 20 | Removal Documents Sent To Eastern District of Tennessee, Greeneville (bnbcd, ) (Entered: 09/21/2012) |
| 09/21/2012 | 19 | Removal Documents Sent To Eastern District of Tennessee, Greeneville (bnbcd, ) (Entered: 09/21/2012) |
| 09/21/2012 | 18 | COMMITMENT TO ANOTHER DISTRICT as to Patrick Mullane Maxfield. Defendant committed to District of Eastern District of Tennessee, Greeneville. by Magistrate Judge Boyd N. Boland on 9/21/12. |

| | | (bnbcd, ) (Entered: 09/21/2012) |
|---|---|---|
| 09/21/2012 | 17 | COMMITMENT TO ANOTHER DISTRICT as to April Nicole Bell. Defendant committed to Eastern District of Tennessee, Greeneville. by Magistrate Judge Boyd N. Boland on 9/21/12. (bnbcd, ) (Entered: 09/21/2012) |
| 09/21/2012 | 13 | ORDER OF DETENTION as to Patrick Mullane Maxfield, by Magistrate Judge Boyd N. Boland on 9/21/2012. (skssl, ) (Entered: 09/21/2012) |
| 09/21/2012 | 12 | ORDER OF DETENTION as to April Nicole Bell (1), by Magistrate Judge Boyd N. Boland on 09/21/12. (nmmsl, ) (Entered: 09/21/2012) |
| 09/21/2012 | 11 | COURTROOM MINUTES/MINUTE ENTRY for proceedings held before Magistrate Judge Boyd N. Boland: Detention Hearing as to Patrick Mullane Maxfield held on 9/21/2012. Defendant present in custody with counsel. Argument given on detention, Defendant ordered detained and committed to the Eastern District of Tennessee. Defendant remanded. (Total time: 39 minutes, Hearing time: 10:06-10:45)<br><br>**APPEARANCES**: Alecia Riewerts-Wolak on behalf of the Government, Harvey Steinberg and Mike Pellow on behalf of the defendant, Christine Zorn on behalf of pretrial. FTR: BNB Courtroom A401. (bnbcd, ) (Entered: 09/21/2012) |
| 09/21/2012 | 10 | COURTROOM MINUTES/MINUTE ENTRY for proceedings held before Magistrate Judge Boyd N. Boland: Detention Hearing as to April Nicole Bell held on 9/21/2012. Defendant present in custody with counsel. Argument given on detention, Defendant ordered detained and committed to the Eastern District of Tennessee. Defendant remanded. (Total time: 39 minutes, Hearing time: 10:06-10:45)<br><br>**APPEARANCES**: Alecia Riewerts-Wolak on behalf of the Government, Edward Harris on behalf of the defendant, Christine Zorn on behalf of pretrial. FTR: BNB Courtroom A401. (bnbcd, ) (Entered: 09/21/2012) |
| 09/20/2012 | 16 | ORDER as to Patrick Mullane Maxfield re 7 MOTION for Protective Order filed by USA. by Magistrate Judge Boyd N. Boland on 9/20/12. (bnbcd, ) (Entered: 09/21/2012) |
| 09/20/2012 | 15 | ORDER as to April Nicole Bell re 7 MOTION for Protective Order filed by USA. by Magistrate Judge Boyd N. Boland on 9/20/12. (bnbcd, ) (Entered: 09/21/2012) |
| 09/20/2012 | 14 | WAIVER of Rule 5 & 5.1 Hearings by April Nicole Bell (bnbcd, ) (Entered: 09/21/2012) |
| 09/20/2012 | 9 | COURTROOM MINUTES/MINUTE ENTRY for proceedings held before Magistrate Judge Boyd N. Boland: Identity and Detention Hearing as to Patrick Mullane Maxfield held on 9/20/2012. Defendant present in custody with counsel. 7 Motion for Protective Order as to Patrick Mullane Maxfield (2) is GRANTED and is limited to proceedings in the District of Colorado. After evidence and testimony, the Court orders identity proven |

| | | |
|---|---|---|
| | | as to Patrick Mullane Maxfield, matter to proceed. Detention Hearing continued to 9/21/2012 10:00 AM in Courtroom A 401 before Magistrate Judge Boyd N. Boland. Defendant remanded. (Total time: 1 hour 4 minutes, Hearing time: 10:23-11:27)<br><br>**APPEARANCES**: Alecia Riewerts-Wolak on behalf of the Government, Harvey Steinberg and Mike Pellow on behalf of the defendant, Christine Zorn on behalf of pretrial FTR: BNB Courtroom A401. (bnbcd, ) Text Only Entry (Entered: 09/20/2012) |
| 09/20/2012 | 8 | COURTROOM MINUTES/MINUTE ENTRY for proceedings held before Magistrate Judge Boyd N. Boland: Identity and Detention Hearing as to April Nicole Bell held on 9/20/2012. Defendant present in custody with counsel. Case passed, recalled. Waiver of identity accepted. 7 Motion for Protective Order as to April Nicole Bell (1) is GRANTED and is limited to proceedings in the District of Colorado. Detention Hearing continued to 9/21/2012 10:00 AM in Courtroom A 401 before Magistrate Judge Boyd N. Boland. Defendant remanded. (Total time: 1 hour 5 minutes, Hearing time: 10:11-10:12; 10:23-11:27)<br><br>**APPEARANCES**: Alecia Riewerts-Wolak on behalf of the Government, Edward Harris on behalf of the defendant, Christine Zorn on behalf of pretrial FTR: BNB Courtroom A401. (bnbcd, ) Text Only Entry (Entered: 09/20/2012) |
| 09/20/2012 | 7 | MOTION for Protective Order by USA as to April Nicole Bell, Patrick Mullane Maxfield. (Attachments: # 1 Proposed Order (PDF Only)) (Wolak, Alecia) (Entered: 09/20/2012) |
| 09/20/2012 | 6 | NOTICE OF ATTORNEY APPEARANCE Alecia Riewerts Wolak appearing for USA. (Wolak, Alecia) (Entered: 09/20/2012) |
| 09/18/2012 | 5 | NOTICE OF ATTORNEY APPEARANCE: Edward Robin Harris appearing for April Nicole Bell (Harris, Edward) (Entered: 09/18/2012) |
| 09/17/2012 | | (Court only) ***Location start as to Patrick Mullane Maxfield : LC (nmmsl, ) (Entered: 09/19/2012) |
| 09/17/2012 | 4 | CJA 23 Financial Affidavit by April Nicole Bell. (cbscd, ) (Entered: 09/18/2012) |
| 09/17/2012 | 3 | COURTROOM MINUTES/MINUTE ENTRY for proceedings held before Magistrate Judge Boyd N. Boland: Initial Appearance as to Patrick Mullane Maxfield held on 9/17/2012. Appearance entered by Harvey Abe Steinberg for Patrick Mullane Maxfield. Defendant present in custody, Defendant waives further reading and advisement. Identity and Detention Hearing set for 9/20/2012 10:00 AM in Courtroom A 401 before Magistrate Judge Boyd N. Boland. Defendant remanded. (Total time: 13 minutes, Hearing time: 2:54-3:07)<br><br>**APPEARANCES**: Alecia Riewerts-Wolak on behalf of the Government, Harvey Steinberg on behalf of the defendant, Michelle Sinaka on behalf |

| | | |
|---|---|---|
| | | of pretrial. FTR: Courtroom A401. (bnbcd, ) Text Only Entry (Entered: 09/17/2012) |
| 09/17/2012 | 2 | COURTROOM MINUTES/MINUTE ENTRY for proceedings held before Magistrate Judge Boyd N. Boland: Initial Appearance as to April Nicole Bell held on 9/17/2012. Defendant present in custody without counsel, Defendant advised, Federal Public Defender appointed. Identity and Detention Hearing set for 9/20/2012 10:00 AM in Courtroom A 401 before Magistrate Judge Boyd N. Boland. Defendant remanded. (Total time: 13 minutes, Hearing time: 2:54-3:07)<br><br>**APPEARANCES**: Alecia Riewerts-Wolak on behalf of the Government, Michelle Sinaka on behalf of pretrial. FTR: BNB Courtroom A401. (bnbcd, ) Text Only Entry (Entered: 09/17/2012) |
| 09/17/2012 | 1 | RULE 5 AFFIDAVIT from the District of Eastern District of Tennessee in Greeneville, as to April Nicole Bell (1), Patrick Mullane Maxfield (2). (nmmsl, ) (Entered: 09/17/2012) |